UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALIA VEJINEZ,<br><br>             Plaintiff,<br><br>       v.<br><br>ANN INC., et al.,<br><br>             Defendants. | Case No.15-cv-01876-NC<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 15 |

The Court has reviewed the Joint Case Management Statement.  In the interest of securing the just, speedy, and inexpensive determination of this action under Federal Rule of Civil Procedure 1, the Court rules as follows:

1) Fact discovery is open, and the parties should not delay in propounding discovery.
2) Initial Rule 26 disclosures must be served by August 3, 2015.
3) Proposed protective order must be filed by August 13, 2015.
4) Deadline to add parties and amend pleadings is August 31, 2015.  Defendants must, by August 3, 2015, provide information to plaintiff to correct the pleading issues as set forth in Section V of CMC Statement, Dkt. No. 15.

//

Case No.:15-cv-01876-NC

5) The case schedules proposed by both parties are excessively long.  The Court suggests trial be set April 25, 2016, or June 6, 2016.  The parties must confer with each other and pick one of those dates, or explain why the case cannot be ready for trial by June 2016.

6) If the parties agree on one of the proposed trial dates, they must file a stipulation by August 3, 2015.  In the absence of an agreement, the CMC will proceed on August 5, 2015.

7) The location of the August 5, 2015, 10:00 a.m. CMC is changed to San Francisco Courtroom D.  If any counsel wishes to participate by telephone, please provide your contact information to the Courtroom Deputy at (408) 535-5343 by August 3, 2015.

**IT IS SO ORDERED.**

Dated: July 30, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge