Joan Herrington, State Bar No. 178988
BAY AREA EMPLOYMENT LAW OFFICE
5032 Woodminster Lane
Oakland, CA 94602-2614
(510) 530-4303 (phone)
(510) 530-4725 (fax)
e-mail:  jh@baelo.com

Attorney for Plaintiff
ORALIA VEJINEZ

MELINDA S. RIECHERT, State Bar No. 65504
NANCY VILLARREAL, State Bar No. 273604
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001
e-mail:  mriechert@morganlewis.com
e-mail:  nvillarreal@morganlewis.com

Attorneys for Defendants
ANN INC.; ANNTAYLOR, INC.; ANNTAYLOR RETAIL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN CALIFORNIA

| | |
|---|---|
| ORALIA VEJINEZ,<br><br>        PLAINTIFF,<br>    v.<br><br>ANN INC.; et al.,<br><br>        Defendants. | Case No. 5:15-cv-01876-NC<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br><br>Complaint Filed: January 30, 2015<br>FAC Filed:         August 3, 2015 |

.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: January 11, 2016      By  */s/ Joan Herrington*
                                                  Joan Herrington
                                                  Attorney for Plaintiff ORALIA VEJINEZ

Dated: January 12, 2016

                                        By  */s/ Melinda S. Riechert*
                                                Melinda S. Riechert
                                                Attorney for Defendants ANN INC.; ANNTAYLOR,
                                                INC.; ANNTAYLOR RETAIL, INC.

DB2/ 28080065.1